## UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FARNAZ NOJAVAN ASGHARI,
Plaintiff,

v.

MARCO RUBIO, in his official capacity as Secretary of State;
STUART R. WILSON, in his official capacity as Deputy Assistant Secretary for Visa Services;
U.S. DEPARTMENT OF STATE;
CONSUL GENERAL, U.S. EMBASSY IN ANKARA, in their official capacity,

Defendants.

Case: 1:25-cv-01666
Assigned To : Cobb, Jia M.
Assign. Date : 5/23/2025
Description: Pro Se Gen. Civ. (F-DECK)

Civil Action No.: _____

## COMPLAINT FOR WRIT OF MANDAMUS

### INTRODUCTION

1. Plaintiff brings this action for a writ of mandamus to compel Defendants to adjudicate an IR5 immigrant visa application that has been unreasonably and unlawfully delayed following the visa interview of the applicant—Plaintiff's father—on October 27, 2023, at the U.S. Embassy in Ankara, Turkey. Despite the interview and the approval of a parallel petition for Plaintiff's mother, there has been no adjudicatory action on the father's case, NVC Case Number ANK2022604002, resulting in significant and ongoing hardship to Plaintiff and her family.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1361 (mandamus), and 5 U.S.C. §§ 555(b), 706(1) (Administrative Procedure Act).

3. Venue is proper in this District under 28 U.S.C. § 1391(e) because the Defendants are officers or employees of the United States acting in their official capacities and a substantial part of the events or omissions giving rise to this action occurred in this District.

### PARTIES

4. Plaintiff, DR. FARNAZ NOJAVAN ASGHARI, is a U.S. citizen who resides in the United States.

5. Defendant MARCO RUBIO is the Secretary of State and is responsible for the Department of State and its visa issuance practices.

RECEIVED

MAY 23 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6. Defendant STUART R. WILSON is the Deputy Assistant Secretary for Visa Services, Bureau of Consular Affairs, U.S. Department of State.

7. Defendant U.S. DEPARTMENT OF STATE is the federal agency responsible for administering visa adjudications abroad.

8. Defendant CONSUL GENERAL, U.S. EMBASSY IN ANKARA, oversees visa operations at the embassy where the visa interview was conducted.

**FACTUAL BACKGROUND**

9. On October 29, 2021, Plaintiff filed a Form I-130, Petition for Alien Relative, on behalf of her father under the IR5 immediate relative category. (See Exhibit A.)

10. On March 30, 2022, U.S. Citizenship and Immigration Services approved the petition, and the case was subsequently transferred to the National Visa Center and assigned Case Number ANK2022604002. (See Exhibit B.)

11. On May 4, 2022, the DS-260, Immigrant Visa Application, was submitted for Plaintiff's father, and confirmation of receipt was issued by the Department of State. (See Exhibit C.)

12. On November 4, 2022, the National Visa Center notified Plaintiff that the case was "documentarily qualified," meaning that all required forms and civil documents had been submitted and accepted, and the case was ready for interview scheduling. (See Exhibit D.)

13. On October 27, 2023, Plaintiff's father attended an in-person immigrant visa interview at the U.S. Embassy in Ankara, Turkey. (See Exhibit E.)

14. On October 27, 2023, immediately following the immigrant visa interview, Plaintiff received an email requesting additional information and documentation via Form DS-5535, Supplemental Questions for Visa Applicants. Plaintiff's father promptly submitted the requested form on the same day and received confirmation of submission. (See Exhibit F.)

15. On April 29, May 27, July 1, and November 6 of 2024, Plaintiff made formal inquiries with the U.S. Embassy in Ankara regarding the status of her father's visa application. Despite these multiple follow-ups, Plaintiff did not receive any substantive response or explanation for the delay. (See Exhibits G, H, and I.)

16. On December 9, 2024, Plaintiff submitted a formal inquiry through her congressional representative seeking assistance and information regarding the status of her father's visa application. While the congressional office received a response from the U.S. Embassy in Ankara, no substantive resolution or explanation for the prolonged delay was provided. (See Exhibit J.)

17. Despite the interview being completed, no decision has been issued on the father's visa application as of the date of this filing.

18. The delay has caused significant emotional and logistical hardship to Plaintiff and her family. (See Exhibit K.)

19. Plaintiff's mother's immigrant visa petition was filed concurrently with that of Plaintiff's father, under the same IR5 immediate relative category. Her case was processed without undue delay, and she was issued an immigrant visa shortly after her interview. She entered the United States on March 8, 2024, and has been residing with Plaintiff since that time. The disparate treatment between the two concurrently filed cases has exacerbated the hardship on Plaintiff and her family, as they remain separated without explanation or resolution.

**CAUSE OF ACTION**

20. Defendants have a duty to adjudicate immigrant visa applications within a reasonable time under the Administrative Procedure Act, 5 U.S.C. § 555(b), and 5 U.S.C. § 706(1).

21. The delay of more than 18 months after the consular interview is unreasonable and unlawful.

22. Plaintiff has exhausted all available remedies and has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

    a. Assume jurisdiction over this matter pursuant to 28 U.S.C. § 1361, 5 U.S.C. § 706, and 28 U.S.C. § 1331;

    b. Declare that Defendants' failure to take timely adjudicatory action on the Plaintiff's father's IR5 immigrant visa application constitutes an unlawful withholding of agency action and/or an unreasonable delay in violation of the Administrative Procedure Act, 5 U.S.C. §§ 555(b) and 706(1);

    c. Issue a writ of mandamus compelling Defendants to complete adjudication of the IR5 visa application and render a final decision without further unreasonable delay;

    d. Order Defendants to take all appropriate steps necessary to promptly adjudicate the immigrant visa application in accordance with applicable law;

    e. Award Plaintiff reasonable costs and attorney's fees incurred in this action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, if applicable;

Grant such other and further relief as the Court deems just, proper, and equitable.

Respectfully submitted,

DR. FARNAZ NOJAVAN ASGHARI
431 LARNED LOOP
CARY, NC 27513
401-408-1776
F.NOJAVAN@GMAIL.COM
Pro Se Plaintiff
Dated: May 21, 2025

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FARNAZ NOJAVAN ASGHARI
      Plaintiff,

   v.

MARCO RUBIO, in his official capacity as Secretary of State;
STUART R. WILSON, in his official capacity as Deputy Assistant Secretary for Visa Services;
U.S. DEPARTMENT OF STATE;
CONSUL GENERAL, U.S. EMBASSY IN ANKARA, in their official capacity,

Defendants.

Civil Action No. _____

### PROPOSED ORDER

Upon consideration of the Plaintiff's Complaint for Writ of Mandamus pursuant to 28 U.S.C. § 1361 and the Administrative Procedure Act, 5 U.S.C. § 706, seeking to compel Defendants to adjudicate the immigrant visa application for Plaintiff's father under the IR5 category, it is hereby:

ORDERED that the Defendants shall take all appropriate steps to promptly adjudicate the immigrant visa application associated with Plaintiff's petition in the IR5 category (Case No. ANK2022604002). This Order does not dictate the outcome of the adjudication but compels Defendants to act on the application without further delay.

IT IS FURTHER ORDERED that the Defendants shall provide a status report to the Court within 30 days of this Order detailing the steps taken toward adjudication.

SO ORDERED.

Date: _____

_____
United States District Judge

# EXHIBIT A



| Receipt Number | | Case Type | |
|---|---|---|---|
| IOE9493484849 | | I130 - PETITION FOR ALIEN RELATIVE | |
| **Received Date** | **Priority Date** | **Petitioner**  A206 823 963 | |
| 10/29/2021 | 10/29/2021 | NOJAVAN ASGHARI, FARNAZ | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 10/29/2021 | 1 of 1 | NOJAVAN ASGHARI, YADOLLAH | |

NOJAVAN ASGHARI, FARNAZ
c/o DR. FARNAZ NOJAVAN ASGHARI
26 GROTTO AVE APT 2R
PROVIDENCE  RI  02906-5557

**Notice Type:** Receipt Notice
Amount received: $535.00 U.S.
Section: Parent of U.S Citizen, 201(b) INA

This notice confirms that USCIS received your application or petition ("this case") as shown above.
**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.
**Processing time** - Processing times vary by form type.
• Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
• If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
• When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.
**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the INA, the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. BOX 25920
Overland Park KS 66225



**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT B

| Receipt Number | | Case Type | |
|---|---|---|---|
| IOE9493484849 | | I130 - PETITION FOR ALIEN RELATIVE | |
| **Received Date** | **Priority Date** | **Petitioner**   A206 823 963 | |
| 10/29/2021 | 10/29/2021 | NOJAVAN ASGHARI, FARNAZ | |
| **Notice Date** | **Page** | **Beneficiary** | |
| 03/30/2022 | 1 of 1 | NOJAVAN ASGHARI, YADOLLAH | |

NOJAVAN ASGHARI, FARNAZ
c/o DR. FARNAZ NOJAVAN ASGHARI
26 GROTTO AVE APT 2R
PROVIDENCE  RI  02906-5557

**Notice Type:** Approval Notice
Section: Parent of U.S Citizen, 201(b) INA

The above petition has been approved. As the petitioner requests, we have sent the petition to the U.S. Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action, including the collection of necessary forms and documents. It also determines which consular post is appropriate to complete visa processing. The NVC will then transfer the approved petition to the consular post once processing has been completed and an interview has been scheduled at the Embassy or Consulate.

The NVC will contact the beneficiary of this petition with further information about immigrant visa processing steps.

You should allow a minimum of 45 days for U.S. Department of State processing before contacting the NVC. If you have not received any correspondence from NVC within 45 days, you may contact the NVC at https://nvc.state.gov/inquiry.

For more information about NVC processing, please visit https://nvc.state.gov.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**NOTICE:** Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



**USCIS Contact Center: www.uscis.gov/contactcenter**

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# EXHIBIT C

Immigrant Visa and Alien Registration Application Confirmation

Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | NOJAVAN ASGHARI, YADOLLAH |
| Country/Region of Origin (Nationality): | IRAN |
| Completed On: | 04 MAY 2022 |
| Case No: | ANK2022604002 |
| Confirmation No: | AA00AUPIPJ |





Version 1.4

# EXHIBIT D

Gmail

---

## Notice regarding your Immigrant Visa Case becoming Documentarily Qualified

---

**National_Visa_Center@state.gov** <National_Visa_Center@state.gov>    Fri, Nov 4, 2022 at 8:46 PM
To: F.NOJAVAN@gmail.com, YOUNGFN@yahoo.com

Dear Yadollah Nojavan Asghari,

The National Visa Center (NVC) received all of the fees, forms, and documents that are required prior to attending an immigrant visa interview at a U.S. Embassy/Consulate General overseas.

NVC will work with the U.S. Embassy/Consulate General in ANKARA, TRKY to schedule an interview appointment for you. Once we have confirmed an interview date, we will send a notice to you, your petitioner and attorney (if applicable).

*Please do NOT make any travel arrangements, sell property, or give up employment until you have received an immigrant visa from the U.S. Embassy/Consulate General.*

The U.S. Embassy/Consulate General may require additional documentation at the time of the interview. Please visit for information about immigrant visa interviews.

Regards,
National Visa Center,
U.S. Department of State

Case ID:    ANK2022604002
Invoice ID: IVSCA00002553062

*\*\*NOTE: Please do not reply to this email. This is not a monitored account. If you have questions or need to get in touch with NVC, please follow the instructions at                    to call or email us.\*\**

# EXHIBIT E

Gmail

---

## Your immigrant visa appointment -- 27 October 2023 - ANK2022604002

---

**Ankara-Public-IV** <AnkaraIV@state.gov>                                    Thu, Oct 19, 2023 at 6:34 AM
To: "youngfn@yahoo.com" <youngfn@yahoo.com>
Cc: "f.nojavan@gmail.com" <f.nojavan@gmail.com>

19-Oct-2023

Case Number: ANK2022604002

Dear Yadollah NOJAVAN ASGHARI,

Further instructions regarding your visa interview appointment are detailed below.

**Interview Scheduled 27 OCTOBER 2023 @ 07:45**

You have been scheduled for an immigrant visa interview with the United States Embassy in Ankara, Turkey. Your interview time and date are listed next to each applicant's name.

Please note that failure to provide requested documents or information may lead to a consular officer rescheduling your interview or otherwise delay processing your case. If you need to edit your submitted DS-260 visa application (not applicable for V92 and V93 applicants), please notify the consular section using the contact form so that the changes may be saved before the interview day.

U.S. citizen petitioners are not required to attend the interview, and will not be allowed inside the Embassy at the time of the visa interview, **except for the adoption visa applications.**

<u>**Derivative children under the age of 14**</u> are no longer required to appear in person

for their visa interview. This means that if your child is <u>**not the principal applicant**</u> of an IV case, such as IR2, **CR2, FX, and F22, F24 and IR4** they are not required to appear in person for the interview. Principal applicants, including children under 14 are required to appear for an interview. If you have any questions or concerns regarding this update, please do not hesitate to contact us via e-mail.

<u>**Reminder**</u>: **If you have previously received an e-mail from , please respond to that e-mail. This information will be used during the evaluation of your application.**

: Interviews are conducted in English, Turkish and Farsi. If you require your interview in another language, you must bring a sworn translator who is certified by a Turkish Notary Public on the day of your interview. The translator must speak English and your native language. Please note that as of March 13, 2023, only English-speaking interpreters/translators will be accepted. Please provide your interpreter's full name, date of birth, copy of his/her ID card/passport bio page and copy of his/her translator certification by sending an email to                48 hours before your interview. Please make sure that your interpreter brings his/her original documents. Petitioners or family members (unless they are also applying for visa with you as a derivative applicant), cannot act as a translator.

**For more information on the interview process, please review the Interview Guideline at:**

: If you do not contact us **within one year of receiving your interview appointment letter**, your case may be terminated and your immigrant visa petition cancelled, and any fees paid will not be refunded.

All visa applicants are encouraged to read the visitor information link which lists materials are prohibited from being brought into the Embassy.

**\* Please note that English translations are not required for the documents in Turkish. Please bring the original and one copy for each applicant.**

**If you were unable to attend your immigrant visa appointment or it was cancelled, you can request to reschedule your appointment  24 hours  AFTER the interview date. You can reschedule your appointment by visiting                   .**

**After you register your original appointment date on this web site, please click on "group actions" menu and select "missed my appointment" and "send request". Once we approve your request, you will be able to select a new appointment date on the website.**

***If there are no available appointments on the website, please check this website regularly for availability.***

If you encounter any technical issues with your account, you can contact our service provider at the following:

Embassy of the United States of America

Mahallesi 06530

Çankaya, Ankara

## Documents to bring with you (all applicants)

- Court Record(s) (Original and English translation), If any applicant has been arrested, charged, convicted, or imprisoned in any country.
- (Original and English translation), If any applicant has lived in any other foreign country for more than 12 months, where a police certificate is available (check link) OR was arrested for any reason, regardless of how long they lived there. Police certificates for Turkey must include the archive records check (Arsiv kayitli Adli Sicil Kaydi), but do not need to be translated. For Fiancée (K1) visa applicants, any applicant who has lived in any foreign country more than 6 months, where a police certificate is available (check link) OR was arrested for any reason, regardless of how long they lived there.
- Prior marriage documents (Original and English translation), Marriage Certificate, Divorce Certificate and/or Death Certificate regarding your prior spouse(s), If applicable.
- , All immigrant visa applicants are required to undergo a medical examination by a panel physician designated by the consular section. The validity of the medical exam will determine the visa validity, which will be the last day to enter the United States.
- , Each passport holder applying for a visa must register their passport pickup location with Turkish Post (PTT) before coming to the Embassy by using the provided link or calling +90-850 390 2884 (or 703-520-2490 from inside the United States). Failure to register your appointment at this web site will delay your entry at the Embassy gate on the day of your interview.
- , 2 x 2 inches (51 x 51 mm) in size, printed on photo-quality paper, two per applicant.
- Previous passport with valid U.S. nonimmigrant visa (Original), If applicable.

## Details for each applicant

**Applicant 1: Yadollah NOJAVAN ASGHARI**
*Status: Interview Scheduled; Interview Appointment: 27 October 2023, 07:45*
Documents and/or Actions Required:

- Birth certificate of your petitioner (Original and English translation), English translation is not required for the documents in Turkish.
- Marriage Certificate (Original and English translation), English translation is not required for the documents in Turkish.
- , All immigrant visa applicants are required to undergo a medical examination by a panel physician

designated by the consular section. The validity of the medical exam will determine the visa validity, which will be the last day to enter the United States.

-                 , Each passport holder applying for a visa must register their passport pickup location with Turkish Post (PTT) before coming to the Embassy by using the provided link or calling +90-850 390 2884 (or 703-520-2490 from inside the United States). Failure to register your appointment at this web site will delay your entry at the Embassy gate on the day of your interview.
-             , 2 x 2 inches (51 x 51 mm) in size, printed on photo-quality paper, taken in the last 6 months, 1 per applicant.
- Birth Certificate, Iran (Original and English translation), Shenasnameh.
- Military Service Completion/Exemption Card (Bring and upload).

Sincerely,

Immigrant Visa Unit
U.S. Embassy Ankara

**Important Notice**

You should not make permanent financial commitments, such as selling your house, car or property, resigning from your job or making non-refundable flight or other travel arrangements until you have received your immigrant visa.

**Links**

| | | |
|---|---|---|
| | | |
| | | |

SENSITIVE BUT UNCLASSIFIED

# EXHIBIT F

Gmail

---

## Automatic reply: Submitting DS-5535 for Case Number ANK2022604002

---

**AnkaraivAP** <AnkaraivAP@state.gov>                          Fri, Oct 27, 2023 at 4:10 AM
To: Farnaz Nojavan <f.nojavan@gmail.com>

Dear Sir/Madam,

This is an automated e-mail, please do not reply. Please note that we will not send you a confirmation of receipt.

We would like to confirm that we received your DS-5535 form.

Unfortunately our office cannot predict how long this processing will take. However, as soon as it is completed, we will reach out to you via e-mail to explain the next steps required to proceed with your application.  If we need any further information regarding your application, we will reach out to you directly via e-mail.

Sincerely,
Immigrant Visa Unit
Ankara, TURKEY

# EXHIBIT G

Dear US Embassy in Ankara,

I am writing to inquire about the status of my immigrant visa application (case number: ANK2022604002), which has been undergoing administrative processing for over six months now. I want to reiterate that I have diligently provided all the required documentation and complied with every request made by the Embassy. Additionally, I have previously visited the United States twice on tourist visas, during which I successfully passed all background checks. Despite these efforts and previous positive experiences, I am deeply concerned about the prolonged delay in processing my visa application.

Given the considerable amount of time that has passed without any updates or explanations from the Embassy, the National Visa Center (NVC), or the United States Citizenship and Immigration Services (USCIS), I am eager to understand the reasons behind this delay. As someone who values transparency and adherence to due process, I believe it is reasonable to request an explanation for the prolonged processing time.

Furthermore, I would like to emphasize the impact that this delay is having on my family. My spouse and our two children are currently residing in the United States, and the separation is taking a toll on our emotional well-being. Reuniting with my family is my utmost priority, and the uncertainty surrounding the status of my visa application is exacerbating our distress.

I kindly request that the Consular Section provide an update on the status of my visa application and any relevant information regarding the reasons for the prolonged administrative processing. Additionally, I would appreciate any assistance or guidance you can offer to expedite the resolution of this matter.

Thank you,

Yadollah Nojavan Asghari

April 29, 2024    *Yadollah Nojavan*

# EXHIBIT H

Dear US Embassy in Ankara,

I am writing to follow up on my previous inquiry, May 27, 2024, regarding the status of my immigrant visa application (case number: ANK2022604002), which has been undergoing administrative processing for over eight months.

As outlined in my previous communication, I have diligently provided all required documentation and have complied with every request made by the Embassy. Additionally, I have previously visited the United States twice on tourist visas, during which I successfully passed all background checks. Furthermore, the sponsor on this application, my daughter, Dr. Farnaz Nojavan Asghari, holds a federal position with security clearance, further validating the credibility of our application. Despite these facts and positive past experiences, I remain deeply concerned about the prolonged delay in processing my visa application.

Unfortunately, I have not received any updates or explanations from the Embassy, the National Visa Center (NVC), or the United States Citizenship and Immigration Services (USCIS) regarding the status of my application. The lack of communication is causing significant distress and uncertainty for my family, as my spouse and our two children are currently residing in the United States, and the prolonged separation is taking an emotional toll on us.

Therefore, I kindly request that you provide a detailed update on the status of my visa application and any relevant information regarding the reasons for the extended administrative processing. If I do not receive a response or update in a reasonable timeframe, the visa sponsor will have no choice but to escalate this issue by seeking assistance from her congressional representatives and senators.

I appreciate your attention to this matter and look forward to your response.

Sincerely,

Yadollah Nojavan Asghari
 July 1, 2024

# EXHIBIT I

Gmail

---

## Urgent Follow-Up on Immigrant Visa Application Case ANK2022604002 – Request for Immediate Response

---

**Farnaz Nojavan** <f.nojavan@gmail.com>                                      Wed, Nov 6, 2024 at 11:50 PM
To: AnkaraIV@state.gov

Dear Sir/Madam,

I am writing to urgently follow up on the status of my immigrant visa application (case number: ANK2022604002), which has been under administrative processing for over 12 months. I have previously submitted two inquiries through the online portal—on April 29, 2024 and July 1, 2024—but have not received any response or update. Please see the attached files for the content of the inquiries.

As I have stated in my previous inquiries, I have diligently provided all requested documentation, complied with every requirement, and have a positive history of traveling to the United States on tourist visas, where I successfully passed all background checks. Additionally, the sponsor for my application, my daughter Dr. Farnaz Nojavan Asghari, holds a federal position with security clearance, which further supports the credibility of our application.

The lack of communication and the continued delay in processing my visa application are now causing significant emotional distress for my family. My spouse and two children are already residing in the United States, and the prolonged separation is taking a serious toll on our well-being. I cannot overstate how critical it is for us to reunite as soon as possible.

Therefore, I demand a formal response to my inquiry, with a detailed update on the status of my visa application and a clear explanation for the extended administrative processing. If I do not receive a response within 5 business days, I will have no choice but to escalate this matter by contacting my sponsor's congressional representatives and other relevant authorities for assistance.

I respectfully request that this matter be treated with the utmost priority, and I expect to receive an immediate response with clarification regarding the delay.

Thank you for your prompt attention to this urgent issue. I look forward to your reply.

Sincerely,
Yadollah Nojavan Asghari

**2 attachments**

Case 1:25-cv-01666-JMC    Document 1    Filed 05/23/25    Page 18 of 22

US embassy followup July 1.pdf
89K

US embassy followup April29.pdf
65K

# EXHIBIT J



Deborah K. Ross
2nd District, North Carolina
Congress of the United States
House of Representatives

## CONSTITUENT REQUEST FOR SERVICE

The Privacy Act of 1974 is a federal law designed to protect you from any unauthorized use and exchange of personal information by federal agencies. Any information that a federal agency has on file regarding your dealings with the United States government may not, with a few exceptions, be given to another agency or Member of Congress without your written permission. Family members, friends, or other interested parties generally may not authorize on your behalf the release of information covered by the Privacy Act.

*Please provide a detailed description of your issue (use separate page if necessary):*

I am Dr. Farnaz Nojavan Asghari a constituent from Cary, NC, and I'm seeking your assistance with my father's, Yadollah Nojavan Asghari, immigrant visa application (Case Number: ANK2022604002) which has been stuck in Administrative Processing at the U.S. Embassy in Ankara for over 12 months without any updates. Despite submitting all required documents and making multiple inquiries (e.g., 29/2024, 07/01/2024), we have not received any communication. This prolonged delay is causing significant hardship for our family, and as his sponsor, I'm turning to you for help. I respectfully request that you contact the relevant authorities (State Department, U.S. Embassy in Ankara, NVC, USCIS) to inquire about the status of his case and assist in expediting the process.

I hereby authorize the Office of Representative Deborah Ross to make an inquiry on my behalf. In accordance with the requirements of the Privacy Act of 1974, I grant Representative Ross and her staff permission to receive any information that they might need to provide this assistance.

SIGNED: *Farnaz Nojavan*                DATE: November 8, 2024

Name: (please print) Farnaz Nojavan Asghhari            Date of Birth: May 16, 1983

Address: 431 Larned Loop

City: Cary,          State: NC  Zip: 27513     Social Security Number: 766643689

Email Address: f.nojavan@gmail.com          Mobile Telephone: 4014081776

Day Telephone: _____     Evening Telephone: _____

Federal Agency involved: Department of State   Claim/Registration Number: _____

*Please return this form to:*
**Representative Deborah Ross**
**300 Fayetteville Street, Suite 104**
**P.O. Box 1548**
**Raleigh, North Carolina 27601**
**Telephone: 919-334-0840**
**Fax: 202-225-0181**
**www.ross.house.gov**

# EXHIBIT K

SCIENTIFIC RESEARCH ON THE MENTAL HEALTH IMPACTS OF UNCERTAIN WAITING

I. INTRODUCTION

This exhibit provides scientific evidence demonstrating the significant mental health effects caused by prolonged uncertainty and indefinite waiting, particularly in cases related to immigration, visa processing, and family separation. Multiple peer-reviewed studies and psychological research confirm that extended waiting periods without clear timelines lead to increased stress, anxiety, depression, and other psychological disorders.

II. IMPACT OF UNCERTAINTY AND INDEFINITE WAITING ON MENTAL HEALTH

1. **Chronic Stress and Anxiety**

   o A study published in *The Journal of Anxiety Disorders* (2021) found that individuals experiencing prolonged uncertainty exhibit heightened levels of cortisol, the stress hormone, leading to chronic anxiety and emotional exhaustion.

   o Research from the *American Psychological Association (APA)* (2022) states that "indefinite waiting, particularly in immigration or legal processes, is one of the most distressing experiences for individuals, as it removes control and predictability from their lives."

2. **Depression and Emotional Exhaustion**

   o A study in *The Lancet Psychiatry* (2020) analyzed the mental health effects of prolonged visa processing and concluded that "long-term uncertainty in legal proceedings leads to significantly higher rates of depression, sleep disorders, and emotional burnout."

   o *Harvard Medical School* research (2019) found that individuals who experience bureaucratic delays in family reunification report symptoms of clinical depression at rates nearly double those of the general population.

3. **Impact on Family Relationships and Well-being**

   o A *Stanford University* study (2023) found that prolonged family separation due to visa processing delays contributes to increased familial distress, including strained relationships and emotional detachment.

   o Parents who experience long-term separation from their children report feelings of guilt, helplessness, and emotional numbness, which can lead to long-term mental health struggles (*Child and Family Psychology Review*, 2021).

4. **Physical Health Consequences of Psychological Distress**

   o Research in *The Journal of Psychosomatic Research* (2022) concluded that prolonged stress and uncertainty significantly increase the risk of cardiovascular diseases, weakened immune response, and chronic fatigue syndrome.

1

- A study from *The National Institute of Mental Health (NIMH)* (2020) established a direct link between prolonged uncertainty and an increased likelihood of developing post-traumatic stress disorder (PTSD)-like symptoms.

III. CONCLUSION

The evidence presented in this exhibit clearly demonstrates that indefinite administrative processing is not just a bureaucratic issue but a **serious mental health crisis**. The prolonged uncertainty of visa delays directly impacts the well-being of affected individuals and their families, leading to increased rates of anxiety, depression, and physical health deterioration.

Given that Plaintiff and her family has already endured **18 months of indefinite waiting**, the scientific research overwhelmingly supports the argument that such delays impose a significant psychological burden and are **neither fair nor lawful**. This further justifies the necessity for judicial intervention to resolve the matter in a timely manner.

Respectfully submitted,

DR. FARNAZ NOJAVAN ASGHARI

## Civil Cover Sheet – Continuation of Section I(b): Defendants

1.   Marco Rubio, in his official capacity as Secretary of State

U.S. Department of State
2201 C Street NW
Washington, D.C. 20520

2.   Stuart Wilson, in his official capacity as Deputy Assistant Secretary for Visa Services

Bureau of Consular Affairs
U.S. Department of State
2201 C Street NW
Washington, D.C. 20520

3.   U.S. Department of State

2201 C Street NW
Washington, D.C. 20520

4.   Consul General, U.S. Embassy in Ankara, in their official capacity

U.S. Embassy Ankara
Çukurambar Mahallesi
1480 Sokak No: 1
06530 Çankaya
Ankara, Türkiye

Note: Additional service must be made pursuant to Fed. R. Civ. P. 4(i) on:

- U.S. Attorney General

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

- U.S. Attorney for the District of Columbia

U.S. Attorney's Office
601 D Street NW
Washington, D.C. 20530