**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FARNAZ NOJAVAN ASGHARI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO A. RUBIO, in his official capacity as Secretary of State, *et al.*,<br><br>　　　　　　Defendants. | Case No. 25-cv-1666 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss, ECF 4, is **GRANTED** and this case is **DISMISSED** without prejudice.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED**.

_____
JIA M. COBB
United States District Judge

Date: March 31, 2026